IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TERRY LEE JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. CIV-21-52-R |
| | ) |
| **HARRISON COUNTY;** | ) |
| **MADISON COUNTY JAILERS,** | ) |
| **GRADY COUNTY LAW** | ) |
| **ENFORCEMENT CENTER,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff filed an untitled document in this Court directed to the "Chief Magistrate" therein making allegations that were nearly impossible to construe. (Doc. No. 1). He filed additional notices that same date that were equally difficult to understand. (Doc. Nos. 2 and 3). The Court referred the case to Magistrate Judge Amanda Maxfield Green for preliminary consideration. On January 25, 2021, Judge Green ordered Plaintiff to cure certain deficiencies, specifically he had not paid the filing fee or sought leave to proceed in forma pauperis, and his initiating document was not in the proper format and failed to provide the Court with the necessary information (Doc. No. 6). Thereafter Plaintiff continued to file motions, including a motion to proceed without prepayment of fees. (See Doc. Nos. 7, 9, 10, 11). On February 2, 2021, Judge Green issued a second order to Plaintiff to cure deficiencies, noting that his *in forma pauperis* motion was deficient and that he had not submitted a proper initiating document. (Doc. No. 12). Plaintiff filed an Amended Complaint on February 3, 2021 and a variety of notices. (Doc. Nos. 14-21). On March 22,

2021, Judge Green issued a Report and Recommendation wherein she recommended that the case be dismissed without prejudice because Plaintiff failed to comply with either of her orders that he cure deficiencies. (Doc. No. 22). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to respond.[1] Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 20th day of April 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The likely cause of Plaintiff's failure to respond is his failure to keep the Court apprised of his address. On March 29, 2021, the Report and Recommendation was returned as undeliverable from the most recent address provided or used by Plaintiff in the case. Plaintiff was provided a change of address form by the Court when he filed the action.

2